# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI | CASE NUMBER:1:12-cv-8315 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| LAWRENCE F. HARRIS, CAPITAL ONE BANK (USA), N.A., SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, MIDLAND FUNDING LLC, PALISADES ACQUISITION XVI, LLC, PEOPLE OF THE STATE OF ILLINOIS, | MAGISTRATE JUDGE: Geraldine Soat Brown |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

   /s/ Julia M. Bochnowski
One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI  #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313

{File: 00866105.DOC}